**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LATARRA OLLIE**, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**WAYPOINT HOMES, INC.**,<br><br>　　Defendant. | Case No.: 14-CV-1996 YGR<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

　　Pursuant to the parties' amended stipulation (Dkt. No.19), the Court hereby **CONTINUES** the hearing on Defendant's Motion to Dismiss, currently set for August 12, 2014, to **September 16, 2014**. Plaintiff shall have until August 8, 2014 to file her response to Defendant's Motion to Dismiss and Defendant shall have until August 22, 104 to file its reply.

　　The Case Management Conference currently set for July 28, 2014, shall be **CONTINUED** to **Monday, October 27, 2014**.

　　**IT IS SO ORDERED**.

Date: **July 22, 2014**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**