United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**LATARRA OLLIE**,

        Plaintiff,

  v.

**WAYPOINT HOMES, INC.**,

        Defendant.

Case No. 14-cv-01996-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Case Management Conference in this matter set for October 27, 2014, is **CONTINUED** to **Monday,** November 3, 2014 at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

This terminates Docket No. 31.

**IT IS SO ORDERED.**

Dated: October 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**