UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LATARRA OLLIE,

    Plaintiff,

    v.

WAYPOINT HOMES, INC.,

    Defendant.

Case No. 14-cv-01996-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, January 12, 2015 at 2:00 p.m. |
| REFERRED TO PRIVATE ADR, PRIVATE MEDIATION TO BE COMPLETED BY: | March 31, 2015 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Not without a court order |
| NON-EXPERT DISCOVERY CUTOFF: | June 30, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: May 1, 2015<br>Rebuttal: May 15, 2015 |
| EXPERT DISCOVERY CUTOFF: | June 30, 2015 |
| DISPOSITIVE MOTIONS[1] AND CLASS CERTIFICATION MOTIONS TO BE HEARD BY: | June 30, 2015 [Class Certification Motion filed 5/26/15] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, October 30, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | November 6, 2015 |
| PRETRIAL CONFERENCE: | Friday, November 20, 2015 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, December 7, 2015 at 8:30 a.m. for 3 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on <u>Friday, October 30, 2015 at 9:01 a.m</u>. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by December 5, 2014 by filing a JOINT Notice. A compliance hearing regarding shall be held on <u>Friday, December 12, 2014</u> on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By December 5, 2014, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 5, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge