United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATARRA OLLIE,<br><br>        Plaintiff,<br><br>    v.<br><br>WAYPOINT HOMES, INC.,<br><br>        Defendant. | Case No.  14-cv-01996-YGR<br><br>**ORDER EXCUSING PRE-FILING CONFERENCE REQUIREMENT** |

Defendant's request to file a motion for summary judgment is **GRANTED**. Defendant is hereby **EXCUSED** from the undersigned's requirement of a pre-filing conference before filing a summary judgment motion in this case. Any motion shall be filed in compliance with the Case Management and Pretrial Order. (Dkt. No. 37.)

**IT IS SO ORDERED.**

Dated: January 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**