Ellen A. Cirangle (SBN 164188)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street
14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
ecirangle@lubinolson.com

Attorneys for Defendant
WAYPOINT HOMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LATARRA OLLIE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAYPOINT HOMES, INC.,<br><br>Defendant. | Case No. CV-14-1996 YGR<br><br>[~~PROPOSED~~] JUDGMENT |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, it is hereby ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

**IT SO ORDERED.**

Dated: May 5, 2015

The Honorable Yvonne Gonzalez Rogers
United States District Court Judge